AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| BOSS STUDIO LLC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-04323-GBD |
| VLADISLAV POPOV, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff Boss Studio LLC                                                                                          .

Date:     June 8, 2026

_____
*Attorney's signature*

Harry B. Wilson, NY # 5864483
*Printed name and bar number*

Markowitz Herbold PC
605 3rd Ave, Floor 16
New York, NY  10158
*Address*

HarryWilson@MarkowitzHerbold.com
*E-mail address*

(212) 909-2610
*Telephone number*

(503) 323-9105
*FAX number*