**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOSS STUDIO LLC, a Wyoming LLC; and REHAAB HAQUE, an individual,<br><br>Plaintiffs,<br><br>-against-<br><br>VLADISLAV POPOV, an individual; and ANDREI ACUÑA, an individual,<br><br>Defendants. | Case No.: 1:26-cv-04323-GBD<br><br>**AFFIDAVIT OF JOSEPH M. LEVY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

STATE OF OREGON )
) ss.:
COUNTY OF MULTNOMAH )

Joseph M. Levy, being duly sworn, deposes and says:

1. I am an attorney admitted to practice law in the State of Oregon. I am an attorney at Markowitz Herbold PC, a law firm located in Portland, Oregon and New York, New York. My firm is counsel for plaintiff Boss Studio LLC.

2. I submit this affidavit in support of plaintiff's motion to have me admitted *pro hac vice* in this action.

3. I am a member in good standing of the Oregon State Bar. I have been admitted in the State of Oregon since June 16, 2023 and my bar number is 231905.

4. I am a member in good standing of the California State Bar. I have been admitted in the State of California since December 9, 2019 and my bar number is 329318.

5. I will be working on this matter in association with attorney Harry B. Wilson of Markowitz Herbold PC, who has already appeared herein and who is a member in good standing of the Bar of the State of New York.

6. I have never been convicted of a felony.

7. I am not now, nor have I ever been, under suspension or disbarment, nor have I ever been disciplined or censured in any court before which I have appeared.

8. I will immediately notify the Court of any matter affecting my standing at the Bar of any court.

9. I have become familiar with the standards of professional conduct imposed upon members of the Bar of the State of New York and relevant statutes, rules, and procedures and will abide by them. I understand that I will be subject to the jurisdiction of the courts of New York with respect to any acts occurring during the course of my participation in this matter.

10. I have never before appeared *pro hac vice* in the courts of the State of New York. I have never been sanctioned for a violation of New York statutes, rules or standards of professional conduct in any other action.

________________________
Joseph M. Levy

Sworn before me this
23rd day of June, 2026.

________________________
NOTARY PUBLIC

OFFICIAL STAMP
JOHN JOSEPH JAEGER
NOTARY PUBLIC - OREGON
COMMISSION NO. 1027263
MY COMMISSION EXPIRES AUGUST 15, 2026

Oregon State Bar

# Certificate of Good Standing

I, Sarra Yamin, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**JOSEPH M. LEVY, BAR NO. 231905**

was admitted to practice law in the State of Oregon by Comity and became an Active licensee of the Oregon State Bar on June 16, 2023.

There are no grievances or disciplinary proceedings presently pending against this licensee.

No disciplinary action has been taken against this licensee in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Levy is an Active licensee of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 28th day of May 2026.

Sarra Yamin
Regulatory Counsel

Kerri Deegan

______________________________
Kerri Deegan, Authorized Representative

*This certificate expires 60 days from the date of issuance*

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 5/27/2026

**LICENSEE NAME:** Joseph Michael Levy

**LICENSEE BAR NUMBER:** 329318

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/9/2019

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Joseph Michael Levy's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

Carolina Almarante-Terrero

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*