**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOSS STUDIO LLC, a Wyoming LLC; and REHAAB HAQUE, an individual,<br><br>Plaintiffs,<br><br>-against-<br><br>VLADISLAV POPOV, an individual; and ANDREI ACUÑA, an individual,<br><br>Defendants. | Case No.: 1:26-cv-04323-GBD<br><br>**PLAINTIFFS' *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY** |

Pursuant to Federal Rule of Civil Procedure 65(b), 28 U.S.C. § 1651, and the Court's inherent equitable powers, plaintiffs Boss Studio LLC and Rehaab Haque, by and through their undersigned counsel, file this *Ex Parte* Motion for a Temporary Restraining Order, Order to Show Cause re: Preliminary Injunction, and Expedited Discovery (the "Motion"). Plaintiffs move for an order:

A. Temporarily restraining and enjoining defendants, their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive notice of this order, from withdrawing, transferring, disposing of, converting, dissipating, assigning, or reallocating—including through the Roblox Developer Exchange program ("DevEx")—any funds, Robux, or payout balances within the Roblox payout system that are generated by or attributable to the Roblox experience currently titled *Anime Vanguards* (the "Game Revenue"), up to an amount of $8,150,480, including, but not limited to, from the following Roblox accounts: @Yuruzuu, @PysephDEV, and @GimmeBucketzincluding;

B. Directing defendants Vladislav Popov and Andrei Acuña to show cause before this Court, at a date and time to be set by the Court, why an order should not be issued, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining defendants, their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive notice of this order, pending resolution of this action, from withdrawing, transferring, disposing of, converting, dissipating, assigning, or reallocating—including through DevEx—any Game Revenue, up to an amount of $8,150,480, including, but not limited to, from the following Roblox accounts: @Yuruzuu, @PysephDEV, and @GimmeBucketzincluding;

C. Providing that plaintiffs shall post no bond; and

D. Allowing for expedited discovery as attached to the declaration of Joseph M. Levy in Support of Plaintiffs' Motion for *Ex Parte* Temporary Restraining Order and an Order to Show Cause re: Preliminary Injunction, with responses and productions due within seven days of service.

In support of this Motion and as grounds therefor, the plaintiffs rely upon the concurrently filed: (1) Plaintiffs' Memorandum of Law in support of the Motion; (3) the supporting Declarations of Rehaab Haque, Brandon Ha, Joseph M. Levy, and the exhibits thereto; and (4) the [Proposed] Emergency *Ex Parte* Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction ("[Proposed] Order").

DATED: July 24, 2026

MARKOWITZ HERBOLD PC

*/s/ Joseph M. Levy*

Joseph M. Levy, *admitted pro hac vice*
JosephLevy@MarkowitzHerbold.com
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085

Harry B. Wilson, NY # 5864483
HarryWilson@MarkowitzHerbold.com
603 3rd Avenue, Floor 16
New York, NY 10158
Telephone: (212) 909-2610

*Attorneys for Plaintiff Boss Studio LLC*

DATED: July 24, 2026

PERAINO MALINOWSKI LLP

*/s/ David M. Peraino*

David M. Peraino
DPeraino@PMLaw.nyc
152 Madison Avenue, 16th Floor
New York, New York 10016
Telephone: (646) 930-8602

*Attorneys for Plaintiff Rehaab Haque*