**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BOSS STUDIO LLC, a Wyoming LLC; and
REHAAB HAQUE, an individual,

              Plaintiffs,

          -against-

VLADISLAV POPOV, an individual; and
ANDREI ACUÑA, an individual,

              Defendants.

Case No.: 1:26-cv-04323-GBD

**[PROPOSED]** *EX PARTE*
**TEMPORARY RESTRAINING
ORDER, ORDER TO SHOW CAUSE
FOR PRELIMINARY INJUNCTION,
AND ORDER FOR EXPEDITED
DISCOVERY**

---

Upon the motion and declarations by plaintiffs Boss Studio LLC and Rehaab Haque for

an *Ex Parte* Temporary Restraining Order, Order to Show Cause re: Preliminary Injunction, and

Expedited Discovery, pursuant to Federal Rule of Civil Procedure 65(b), Federal Rule of Civil

Procedure 26(d), the All Writs Act, 28 U.S.C. § 1651, and this Court's inherent equitable

powers:

**IT IS ORDERED** that plaintiffs are granted a temporary restraining order enjoining and

restraining defendants, their officers, agents, servants, employees, attorneys, and all persons in

active concert or participation with them who receive notice of this order, are temporarily

restrained and enjoined from withdrawing, transferring, disposing of, converting, dissipating,

assigning, or reallocating—including through the Roblox Developer Exchange program

("DevEx")—any funds, Robux, or payout balances within the Roblox payout system that are

generated by or attributable to the Roblox experience currently titled *Anime Vanguards* (the

"Game Revenue"), up to an amount of $8,150,480, including but not limited to from the

following Roblox accounts: @Yuruzuu, @PysephDEV, and @GimmeBucketzincluding.  This

Order shall expire 14 days after entry unless extended by the Court for good cause or by consent of the parties.

**IT IS FURTHER ORDERED** that the above-named defendants show cause before a motion term of this court, at room ___, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on _____, 2026, at _____ a.m./p.m., or as soon thereafter as counsel can be heard, why an order pursuant to Federal Rule of Civil Procedure 65(b), the All Writs Act, 28 U.S.C. § 1651, and this Court's inherent equitable powers should not be entered preliminarily enjoining and restraining defendants, their officers, agents, servants, employees, attorneys, and any persons in active concert or participation with them, from withdrawing, transferring, disposing of, converting, dissipating, assigning, or reallocating— including through the DevEx program—any Game Revenue, up to an amount of $8,150,480, including but not limited to from the following Roblox accounts: @Yuruzuu, @PysephDEV, and @GimmeBucketzincluding;

**IT IS FURTHER ORDERED** that plaintiffs shall [not be required to post / post] a bond in the amount of $[_____] pursuant to Federal Rule of Civil Procedure 65(c).

**IT IS FURTHER ORDERED** that plaintiffs are permitted to engage in expedited discovery per FRCP 26(d) as attached to the declaration of Joseph M. Levy in Support of Plaintiffs' Motion for *Ex Parte* Temporary Restraining Order and an Order to Show Cause re: Preliminary Injunction.  Responses to discovery requests and productions are to be propounded within seven days of service.

**IT IS FURTHER ORDERED** that plaintiffs are authorized to serve this Order, the Complaint, all supporting papers, and the requests for discovery on defendants through their

attorneys by email at CDecter@fkks.com, SKane@fkks.com, Goldman@fkks.com, and

RGerhardt@fkks.com.

DATED: _____, 2026

_____
The Honorable George B. Daniels
United States District Court Judge for the Southern
District of New York