**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOSS STUDIO LLC, a Wyoming LLC; and REHAAB HAQUE, an individual,<br><br>Plaintiffs,<br><br>-against-<br><br>VLADISLAV POPOV, an individual; and ANDREI ACUÑA, an individual,<br><br>Defendants. | Case No.: 1:26-cv-04323-GBD<br><br>**DECLARATION OF BRANDON HA IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

I, Brandon Ha, pursuant to U.S.C. § 1746 and under penalty of perjury, declare as follows:

1.      I am the Founder and CEO of plaintiff Boss Studio LLC  ("Boss Studio").  I have personal knowledge of the facts set forth herein.  I make this declaration in support of Plaintiffs' *Ex Parte* Motion for a Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction.  I am over 18 years of age and competent to testify to the matters stated herein.

2.      I founded Boss Studio informally in 2020.  Boss Studio is one of the largest and longest-established independent game development studios on the Roblox platform.  As of the date of this declaration, Boss Studio's portfolio has accumulated over 5.3 billion game visits and more than 32 million community members across its games and social channels.

3.      As Founder and CEO, I am personally responsible for major strategic and operational decisions at Boss Studio, including decisions about game monetization, content updates, and competitive positioning.  Through that work, I have developed substantial firsthand

Doc ID: 81f76633818fd807e7ea43b947c92f7eaaa911c2

expertise in the dynamics of the Roblox gaming market, including player behavior, monetization strategy, player retention, and the factors that determine a game's commercial longevity.

4.      During 2025, Boss Studio operated *Anime Last Stand*, a Roblox anime tower defense game (like *Anime Vanguard*).  Through a series of acquisitions, Boss Studio operated several of the leading titles in the anime tower defense genre on Roblox and, for a period during 2025, held a dominant market position in that genre.

5.      At its peak, *Anime Last Stand* reached over 150,000 concurrent players.  During 2025, *Anime Last Stand* was the primary competitor to *Anime Vanguards*, and the two games competed directly for the same player base.

6.      In October 2025, Boss Studio concluded *Anime Last Stand*'s lifecycle in preparation for the launch of its successor title.  I therefore have firsthand experience operating a direct competitor to *Anime Vanguards* within the same market segment during the period most relevant to this litigation.

7.      During the operation of *Anime Last Stand*, Boss Studio adopted a monetization strategy that closely mirrors the strategy *Anime Vanguards* has implemented since early 2026. Specifically, Boss Studio substantially increased the amount of premium in-game currency that players could obtain through gameplay and live events, making character and item progression easier to achieve without direct purchases while encouraging players to return for new content.

8.      This approach produced an initial surge in player engagement.  Player counts rose and the community responded positively to the perceived increase in accessibility and progression speed.

2

Doc ID: 81f76633818fd807e7ea43b947c92f7eaaa911c2

9.    Although the average revenue generated per player decreased as a result of the increased currency availability, the initial increase in player engagement and retention caused Boss Studio's overall revenue from *Anime Last Stand* to rise significantly in the short term.

10.    However, this strategy was not sustainable.  Within a matter of weeks of implementing it, player retention deteriorated sharply, and *Anime Last Stand* lost tens of thousands of active players despite the initial revenue surge.

11.    Based on that experience, my assessment is that the mass distribution of premium currency creates a one-time engagement spike.  Players return to spend the currency they obtained for free but do not convert to paying players at the same rate as before.  Once the free currency is spent, and absent a correspondingly high rate of new content releases to create fresh demand, the player base contracts rapidly.  In the anime tower defense genre on Roblox—where major updates release infrequently and introduce only a limited number of new units per cycle—this dynamic is particularly acute, because the demand for in-game currency scales directly with the number of units available.  Flooding the player base with free currency against a backdrop of slow unit releases permanently erodes one of the game's primary revenue streams.

12.    I believe *Anime Vanguards* is following the same trajectory that *Anime Last Stand* followed when Boss Studio adopted a substantially similar monetization strategy.

13.    I have recently observed that *Anime Vanguards*' player counts have become increasingly volatile.  The game's pre-update player counts—which reflect baseline engagement independent of the temporary spike that typically accompanies a new content release—have declined noticeably compared to the levels the game historically maintained.

14.    This pattern is consistent with a title that is relying on increasingly generous in-game rewards to sustain short-term engagement rather than building a durable player base.  In

3

Doc ID: 81f76633818fd807e7ea43b947c92f7eaaa911c2

my experience, once this pattern takes hold in a game of this type, it is extremely difficult to reverse. The players drawn back by free currency distributions are not the same as the players who pay for content; when the free incentives are exhausted, they leave, and the community that sustained the game's long-term revenue goes with them.

15. My concerns about *Anime Vanguards*' trajectory are corroborated by public commentary I have observed from Roblox content creators who cover the Game and from discussions within the *Anime Vanguards* community. Multiple creators and community members have publicly expressed concern about the Game's increasing pay-to-win dynamics and the removal of valued in-game content. These public reactions are consistent with what Boss Studio observed when it implemented the same strategy on *Anime Last Stand*.

16. I have also observed repeated public statements from members of the *Anime Vanguards* ownership team expressing burnout with the project and a desire to move on from the Game. In my experience operating games in this market, public statements of this kind from an active development team are a leading indicator that an operation is in the process of winding down.

17. In my judgment, based on my experience operating a direct competitor in the same market, the game-management decisions *Anime Vanguards* has implemented since early 2026 are not consistent with the decisions of a team committed to sustaining a valuable long-term enterprise. They are consistent with the decisions of a team extracting available revenue while the game retains sufficient player engagement to generate it.

18. A player community driven away by these sorts of changes generally does not return when conditions change. The deterioration of community trust and player retention accumulates permanently. By the time litigation in a case such as this concludes, a game

Doc ID: 81f76633818fd807e7ea43b947c92f7eaaa911c2

following this trajectory will likely have materially diminished player base, daily revenue, and commercial value compared to its condition at the outset of the litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in __Seoul_____ , South Korea on ___07 / 24 / 2026_____ .

_____

Brandon Ha

5

Doc ID: 81f76633818fd807e7ea43b947c92f7eaaa911c2