**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOSS STUDIO LLC, a Wyoming LLC; and REHAAB HAQUE, an individual,<br><br>        Plaintiffs,<br><br>        -against-<br><br>VLADISLAV POPOV, an individual; and ANDREI ACUÑA, an individual,<br><br>        Defendants. | Case No.: 1:26-cv-04323-GBD<br><br><br>**DECLARATION OF REHAAB HAQUE IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

I, Rehaab Haque, pursuant to U.S.C. § 1746 and under penalty of perjury, declare as follows:

1.      I am a party in the above-entitled action.  I have personal knowledge of the facts set forth herein.  I make this declaration in support of Plaintiffs' *Ex Parte* Motion for a Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction.  I am over 18 years of age and competent to testify to the matters stated herein.

2.      I am a professional Roblox game developer.  I have extensive experience designing and implementing game systems, visual effects, and monetization structures on the Roblox platform.  I have firsthand knowledge of the technical architecture of *Anime Vanguards,* the mechanics of its monetization systems, how its player community responds to updates, and the specific changes defendants have made to the Game since January 14, 2026.

3.      Defendants originally engaged me to provide programming services for *Anime Vanguards* on September 9, 2024.  At the time, the Game had declined from approximately 340,000 concurrent users to fewer than 5,000 concurrent users over several months, threatening

Doc ID: e07da6d7385ca5ba70eb2d4da3d1e8855ec61faa

its survival.  I am not an employee of defendants.  They paid no payroll taxes, withheld no income taxes, and provided no employee benefits.  I used my own equipment, worked from my own location, set my own hours, and exercised independent creative judgment in all my contributions.

4.    Over the course of my engagement, I created the following original works: (a) more than 50 core game systems and mechanics; (b) more than 130 original visual effects for in-game units; (c) the underlying code for more than 270 visual effects for in-game units; (d) game mechanics for more than 40 in-game units; and (e) visual effects for more than 10 in-game cutscenes.

5.    I am the sole author of each of these works.  I created each work using my own independent creative skill and judgment.  None of these works are works made for hire.  I did not intend my authorship to merge with anyone else's, I never designated any of them as works made for hire, and I never granted defendants an unlimited license to use them without compensation.

6.    I hold two federal copyright registrations covering my contributions to the Game: U.S. Copyright Registration No. TXu 2-541-660, covering the source code I authored for *Anime Vanguards*, and U.S. Copyright Registration No. PA 2-584-333, covering the audiovisual works I created for the Game (collectively, the "Protected Works").

7.    On November 19, 2024, defendants granted me a 6% revenue share in the Game in recognition of my contributions.  My revenue share interest was soon after raised to 8%.  On December 13, 2024, in further recognition of my work and to incentivize my continued leadership of the project, defendants made me a co-owner of *Anime Vanguards* and increased my revenue share to 20%.  Defendants implemented this arrangement by setting my Roblox group-

Doc ID: e07da6d7385ca5ba70eb2d4da3d1e8855ec61faa

payout allocation to 20% effective December 13, 2024, and designating me as an "Owner" in the official *Anime Vanguards* Discord server.  It was my understanding that defendants and I were partners in controlling *Anime Vanguards*.

8. In this role, I exercised joint control over the Game and had substantial authority. I oversaw the overall game direction of *Anime Vanguards*, handled operations, payment coordination, hiring, and the execution of updates.  I also personally wrote and maintained a majority of the Game's code.

9. I personally advanced funds to retain counsel for the partnership overseeing Anime Vanguards, signed contracts on behalf of that partnership, and bore the costs of forming a corporate entity for the partnership (which ultimately went unused).  As a result, I bore the risk of losses on behalf of the partnership.  Further, because I was compensated by revenue share, I bore the risk of the Game's collapse.

10. Under my creative leadership following the December 13, 2024 arrangement, the Game returned to over 100,000 concurrent users and generated over $12 million in revenue during 2025.

11. The Roblox group-payout system is a platform mechanism through which Roblox distributes game revenue to members of a Roblox group according to designated percentage allocations.  Each member with a payout allocation receives their designated percentage of each revenue cycle automatically.  Based on my participation in this system, I understand that Roblox earmarks each member's allocated share at the time of each payout cycle before distributing the remainder to other members.

12. My 20% payout allocation was a mechanically enforced, specifically identifiable entitlement.  Each time the Game generated revenue, Roblox's system allocated my 20% share

Doc ID: e07da6d7385ca5ba70eb2d4da3d1e8855ec61faa

before the remaining 80% was distributed to defendants. That allocation was reflected in the Roblox group's payout records and constituted a defined, segregable portion of each revenue cycle. My allocated share was earmarked for me before defendants could access or redirect it.

13. On or about December 11, 2025, defendant Vladislav Popov posted a public announcement in the Game's development Discord server stating that he would quit *Anime Vanguards* unless I agreed to reduce my ownership interest from 20% to 10%. The announcement accused me of misconduct and invoked graphic claims of self-harm, including that a prior argument with me had caused him to "self-harm" and "cut [his] leg deeply." Trapped by those threats, I agreed to the reduction in exchange for a corresponding reduction in my responsibilities. That promised reduction in responsibilities never occurred. I received no payment or other consideration for the relinquishment of half of my revenue share interest.

14. On or about January 14, 2026, without any prior notice and without my consent, defendants removed me from the Game's Roblox group, stripped me of all access to the ownership-level *Anime Vanguards* Discord channels, eliminated my management role and owner designation, and set my Roblox group-payout allocation to zero. Defendants provided no explanation and no compensation. Popov then falsely represented to developers in the *Anime Vanguards* community that I had failed to perform work for the Game.

15. I did not provide a license to defendants to use my original contributions to the Game without my involvement in the Game or without any compensation.

16. Following my removal, I demanded that defendants return the revenue share they had intercepted and compensate me for their ongoing use of my Protected Works. Defendants refused. They have continued operating *Anime Vanguards* every day since January 14, 2026, generating revenue while paying me nothing.

4

Doc ID: e07da6d7385ca5ba70eb2d4da3d1e8855ec61faa

17.     *Anime Vanguards* continues to operate on the Roblox platform as of the date of this declaration.  The Game's daily operation necessarily involves the reproduction, public display, public performance, and distribution of the Protected Works—including my source code and visual effects—which remain embedded in the Game's architecture.  Each game update defendants have released since my removal has incorporated and built upon the Protected Works.

18.     Based on the Game's publicly available performance data and my knowledge of its historical revenue, the Game generated an average of approximately $813,666 per month during the first quarter of 2026.  Since my removal on January 14, 2026, defendants have received the totality of the Game's revenue while I have received nothing.  The funds intercepted and retained by defendants represent a specifically identifiable share—at minimum 20%, or in the alternative 10% of the Game's revenues during the relevant period—that Roblox's payout system had already earmarked for me before defendants redirected it.

19.     On May 22, 2026, plaintiffs filed this action.  Since that filing, defendants have made a series of changes to the Game that, in my experience as one of the Game's creators and based on my direct knowledge of its mechanics and player community, are inconsistent with the decisions of a team invested in the Game's long-term health.

20.     "Trait rerolls" are one of the Game's primary monetized in-game currencies. Players use trait rerolls to upgrade the "traits" of their in-game units.  Traits are attributes that modify a unit's performance statistics; players spend trait rerolls to reroll those attributes in pursuit of more favorable ones.  A player's demand for trait rerolls scales directly with the number of units they have available to upgrade—the greater the number of units in the game, the greater the opportunity to spend trait rerolls, and the greater the sustained demand for the currency.

Doc ID: e07da6d7385ca5ba70eb2d4da3d1e8855ec61faa

21.     *Anime Vanguards* releases updates infrequently and with a limited number of new units per update cycle—typically no more than seven or eight units per major update.  Because the pool of available units grows slowly, the demand for trait rerolls at any given time is bounded by the total number of units a player can obtain and upgrade.  This is a structural feature of the Game that limits how much trait reroll currency the player base can absorb without demand permanently collapsing.

22.     On May 31, 2026—nine days after this lawsuit was filed—defendants distributed large volumes of trait rerolls to all players for free, rather than selling them through the Game's normal monetization mechanisms.  Players who would otherwise have purchased trait rerolls received them at no cost.

23.     This giveaway, in my assessment, permanently damaged one of the Game's central revenue streams.  Players who received free trait rerolls spent them upgrading their existing units, producing a short-term engagement surge.  Once that free supply was exhausted, the primary incentive driving players to make purchases was gone: those players had already upgraded their units to the extent they wished to, and because new units are released infrequently, no immediate new demand existed to replace what was given away.  The free giveaway therefore did not create new players or new spending capacity—it simply converted a recurring revenue source into a one-time engagement spike followed by a permanent reduction in monetization potential.

24.     Other games on the Roblox platform, such as Universal Tower Defense, can absorb large-scale currency distributions without permanently damaging their economies because they release new units at substantially higher frequency, continuously regenerating demand for in-game currency.  *Anime Vanguards* does not release updates at that pace.  The free

Doc ID: e07da6d7385ca5ba70eb2d4da3d1e8855ec61faa

trait reroll giveaway was not a strategy *Anime Vanguards* could sustain; it was a permanent impairment of a primary revenue stream.

25.    The "vanguard tier" is the rarest unit classification in *Anime Vanguards*. Vanguard units represent the Game's most powerful and most coveted content.  The player community's desire to obtain vanguard units drives significant player engagement and spending, because the gacha-style mechanics through which players obtain units make rarer units substantially harder and more expensive to acquire.  The players most invested in obtaining and upgrading vanguard units are among the Game's highest-spending and most community-active players.

26.    On May 31, 2026—the same day defendants distributed free trait rerolls— defendants removed the visual models for the vanguard tier units from the Game entirely. Players who had spent real money and significant time acquiring these units could no longer access or use the content they had invested in.

27.    To compensate for the removal, defendants introduced a stat and trait transfer mechanic that allows players to move the monetized attributes—the "stats" and "traits"—from the removed vanguard units to other units within the same tier.  Rather than restoring or replacing the removed content, this mechanic attempted to salvage a portion of the value that defendants had themselves destroyed.

28.    Removing the rarest and most coveted unit models in the Game alienates the most engaged and highest-spending players.  In my experience with this Game and the Roblox platform broadly, decisions that frustrate the players most invested in the Game's content cause disproportionate and lasting damage to player retention, community trust, and the Game's competitive position relative to other titles.

7

Doc ID: e07da6d7385ca5ba70eb2d4da3d1e8855ec61faa

29.     Around February 2026, defendants added a new in-game progression system called "Memorias."  Memorias are items that provide material improvements to a unit's performance in the Game.  Obtaining and upgrading Memorias requires the expenditure of a heavily monetized premium currency that most players cannot obtain through free gameplay. Players who spend money on Memorias can achieve significantly stronger units than players who do not.

30.     The practical effect of the Memorias system is to create a structural and widening competitive gap between paying and non-paying players—what the Roblox gaming community calls a "pay-to-win" mechanic.  Players who cannot or do not spend money face a persistent barrier to competitive viability that compounds over time as the Memorias system expands.

31.     Content creators who cover *Anime Vanguards* have publicly described the Memorias system as making the Game "considerably more pay-to-win."  I have followed this commentary.  It reflects the widespread sentiment I have observed in the Game's player community regarding the Memorias system.

32.     A popular YouTube channel, NagBlox, which creates content covering *Anime Vanguards* and comparable games, published a video criticizing the current state of the Game and the development decisions that have been made.  I watched this video.  The community's response in the comments section reflected widespread agreement with the criticism expressed in the video—including frustration with the pay-to-win dynamics introduced by the Memorias system and with the poor quality of the unit models.  The community reaction in that video's comments reflected attitudes that were already pervasive in the player community before the video was published.

Doc ID: e07da6d7385ca5ba70eb2d4da3d1e8855ec61faa

33.     Around December 24, 2024—approximately eleven days after I formally became co-owner of the Game—I observed statements in a private ownership Discord channel from defendant Andrei Acuña, under the Discord handle "Yuruzu."  In that conversation, Acuña stated: "after upd 2 comes out im selling the game."  In the same exchange, Acuña described the then-upcoming update as "our hail mary update" and stated that there was "no hope."  A true and accurate screenshot of that conversation is attached hereto as Exhibit 1.

34.     At the time of those statements, the Game's daily user count and revenue were at their lowest points.  The player base had deteriorated significantly, and the atmosphere in the ownership channel reflected exhaustion with the project and uncertainty about its viability.  The despairing outlook expressed in those statements was part of the context that led to my taking on a larger development role and working to reverse the Game's decline—which I did, returning the Game to over 100,000 concurrent users and $12 million in annual revenue.

35.     I am not aware of any recent public statement by either defendant confirming a present intent to sell or wind down the Game.  However, members of the *Anime Vanguards* ownership team have made public statements expressing burnout and a desire to move on from the Game.  The pattern of decisions I have described above—mass currency giveaways, removal of coveted content, and introduction of pay-to-win mechanics that alienate the player base—is, in my experience with this Game and its ownership team, inconsistent with the conduct of a team investing in long-term enterprise value.

36.     Defendant Popov resides in Sweden and defendant Acuña resides in the Philippines.  Neither defendant is known to maintain substantial assets in the United States.  The Game's revenue flows through the Roblox payout system under defendants' exclusive control.  As each monthly payout cycle clears, those funds presumably move into defendants' foreign

Doc ID: e07da6d7385ca5ba70eb2d4da3d1e8855ec61faa

accounts.  I have no reason to believe that defendants are voluntarily preserving any portion of those funds domestically.

37.     Defendants have already demonstrated their capacity and willingness to take unilateral, coordinated action against me without notice.  On January 14, 2026, they removed me from my ownership role, zeroed my payout allocation, and stripped all my Discord channel access in a single coordinated act, without any advance notice or process.  I have no basis to trust that the pendency of this litigation will cause defendants to voluntarily preserve the funds that are the subject of plaintiffs' claims.

38.     The game-economy changes I have described in this declaration have, in my assessment, already begun to diminish the Game's player base and revenue trajectory.  Each month those conditions persist, the Game's commercial value deteriorates further.  A player community driven away by pay-to-win mechanics, content removal, and inflated free-currency distributions does not return.  The downstream losses from these decisions—future players who will never discover the Game, revenue that will never be generated, and the Game's competitive position that will not be recovered—cannot be quantified with precision, which is exactly why interim relief to arrest the deterioration is necessary now.

39.     The revenue generated by *Anime Vanguards* flows through the Roblox group-payout system and is subject exclusively to defendants' control.  Defendants Popov and Acuña have their revenue directed to their personal Roblox accounts, which primarily includes @Yuruzuu and @PysephDEV, but can include their alternate account @GimmeBucketz.

40.     Attached are true and correct copies of the following exhibits:

10

| Ex. No. | Document Description | Date |
|---------|---------------------|------|
| 1 | Screenshot of Discord conversation with defendant Acuña | 12/24/2024 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York on ___ 07 / 23 / 2026 _____ .

_____

Rehaab Haque

11

Doc ID: e07da6d7385ca5ba70eb2d4da3d1e8855ec61faa