**67** 🌙**AV** 12/24/2024 2:10 AM
whys everyone bering weird all of a sudden
i wont get anybody else's input
after upd 2 comes out im selling the game
jerse agreed
now i just talk to Kobo
and thats the endof the line

 **kazi** 12/24/2024 2:11 AM
you cant sell all our %
if you want to sell your % I cant stop you
and Im not sure what pys on rn
and besides who are you selling your % to
dont you think its worth it to at least try to make the development environment good

 **67** 🌙**AV** 12/24/2024 2:20 AM
not at all
im tired too
seems like pyseph is too
theres no hope
this is our hail mary update too

 **kazi** 12/24/2024 2:20 AM
I want to keep trying

EXHIBIT 1

Page 1 of 1