**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOSS STUDIO LLC, a Wyoming LLC; and REHAAB HAQUE, an individual,<br><br>Plaintiffs,<br><br>-against-<br><br>VLADISLAV POPOV, an individual; and ANDREI ACUÑA, an individual,<br><br>Defendants. | Case No.: 1:26-cv-04323-GBD<br><br>**DECLARATION OF JOSEPH M. LEVY IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY** |

I, Joseph M. Levy, pursuant to U.S.C. § 1746 and Civil Local Rule 1.9, and under penalty of perjury, declare as follows:

1.     I am an attorney with Markowitz Herbold PC, attorneys of record for plaintiff Boss Studio LLC.  I have personal knowledge of the facts set forth herein.  I make this declaration in support of Plaintiffs' *Ex Parte* Motion for a Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction.

2.     Plaintiffs are moving *ex parte* for a temporary restraining order and an order to show cause why a preliminary injunction should not issue against defendants.  Plaintiffs must certify in writing "any efforts made to give notice and the reasons why it should not be required." FRCP 65(b)(1)(B).

3.     Plaintiffs have not made efforts to provide notice to defendants.  The purpose of the temporary restraining order is to prevent defendants from transferring Game revenue into foreign accounts where plaintiffs will not be able to recover.  Providing notice of this motion would significantly undermine plaintiffs' ability to prevent the harm it seeks to prevent, as notice risks triggering the very transfer or withdrawals plaintiffs are asking the Court to enjoin.

4.　　Plaintiffs have not made a previous application for similar relief.

| Ex. No. | Document Description |
| --- | --- |
| 1 | Plaintiffs' First Request for Production of Documents to Defendant Vladislav Popov |
| 2 | Plaintiffs' First Request for Production of Documents to Defendant Andrei Acuna |
| 3 | Plaintiffs' First Set of Interrogatories to Defendant Vladislav Popov |
| 4 | Plaintiffs' First Set of Interrogatories to Defendant Andrei Acuna |
| 5 | Subpoena to Produce Documents to Roblox, with Attachment |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Portland, Oregon on July 24, 2026.

*/s/ Joseph M. Levy*
Joseph M. Levy, admitted *pro hac vice*