

**Joseph M. Levy | Lawyer**
JosephLevy@MarkowitzHerbold.com

July 24, 2026

<u>**Via Electronic Filing**</u>

Hon. George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

**Re:** **Boss Studio LLC, et al. v. Vladislav Popov and Andrei Acuña**
**USDC, Southern District of New York, Case No. 1:26-cv-04323-GBD**
*Plaintiffs' Ex Parte Motion for a Temporary Restraining Order, Order to Show*
*Cause re: Preliminary Injunction, and Expedited Discovery*

Dear Judge Daniels:

We write to respectfully request a hearing on the *Ex Parte* Motion for a Temporary Restraining Order (ECF 25) in the above-referenced matter.  If the Court's calendar has availability, we request one of the following hearing dates, with the earlier dates being preferable:

Tuesday, July 28th
Wednesday, July 29th
Thursday, July 30th
Tuesday, August 4th
Wednesday, August 5th
Friday, August 7th

Please do not hesitate to contact our office if you need any additional information. Thank you.

Respectfully,

Joseph M. Levy