**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

BOSS STUDIO LLC, *a Wyoming LLC*; and      :
REHAAB HAQUE, *an individual*,             :
                                           :
                          Plaintiffs,      :
                                           :
            -against-                      :          ORDER
                                           :
VLADISLAV POPOV, *an individual*; and      :       26 Civ. 4323 (GBD)
ANDREI ACUÑA, *an individual*,             :
                                           :
                          Defendants.  :
                                           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x


A hearing on the Plaintiffs' *Ex Parte* Motion for a Temporary Restraining Order, (ECF

No. 25,) is hereby scheduled for **July 30, 2026, at 10:00 a.m.** in Courtroom 11A, Daniel Patrick

Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 or virtually

if plaintiffs' counsel is unable to attend in person.


Dated: July 27, 2026
       New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge