UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOSS STUDIO LLC, a Wyoming LLC; and REHAAB HAQUE, an individual, <br><br> Plaintiffs, <br><br> -against- <br><br> VLADISLAV POPOV, an individual; and ANDREI ACUÑA, an individual, <br><br> Defendants. | Case No. 2:25−cv−02115−JNW <br><br> **DECLARATION OF VLADISLAV POPOV IN OPPOSITION TO PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY** |

I, Vladislav Popov, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.     I am a defendant in this action and one of the developers of the Roblox video game *Anime Vanguards*. I submit this declaration in opposition to plaintiffs' *ex parte* motion for a temporary restraining order.

2.     Roblox is an online platform where users can play, create, and share video games made by members of the Roblox community. *Anime Vanguards* is a video game on the Roblox platform. I have worked on *Anime Vanguards* since 2024. In my role, I am involved in the game's day-to-day operation and development. I have direct, first-hand knowledge of how the game generates revenue, how that revenue is allocated, how the game's development team is paid, and how and why the game's content and monetization decisions are made. Except where I state that a matter is based on information provided to me by others, the facts set forth in this declaration are based on my own personal knowledge, and if called as a witness I could and would testify competently to them.

3.     I have grave concerns about Plaintiffs' application, which seeks to prevent the distribution of up to $8,150,480 of *Anime Vanguard*'s revenues from the Roblox payout system and Developer Exchange.

1

4. The Roblox payout system and Developer Exchange allow creators to earn virtual currency (Robux) from in-game sales and convert that balance into real-world cash. Robux earned from a game is directed to a group fund. Roblox allows the group owner (or another authorized person) to distribute those funds. Percentages can be assigned to individual Roblox accounts, and eligible earnings can be automatically credited to those shares. It is very common for individuals working on video games—especially game developers—to receive a revenue share as compensation for their contributions.

5. With respect to *Anime Vanguards*, I currently have a 20% revenue share. Seven other individuals have shares in varying percentages plus one general pool for paying other developers and contributors to the game. The majority of these individuals are developers who actively contribute to the game. The Robux earned from the game are automatically distributed to these individuals on a continuous basis according to the payout allocations set in the Roblux system. This year, the game has earned approximately $511,000 on average per month.

6. When Haque was providing developer services for *Anime Vanguards*, he was allocated a revenue share intended to reflect the value of his contributions to the game. In December 2024, Haque's payout allocation in the Roblox system was set to 20%. In December 2025, he wanted to decrease his responsibilities and agreed to reduce his allocation from 20% to 10%. In January 2026, we decided that we no longer required his services for *Anime Vanguards*, so he stopped working and we stopped paying him. In his lawsuit, he claims that he should still be paid a 10% (or even 20%) revenue share. But he is no longer contributing to the game; therefore, he is no longer entitled to a revenue share or any other compensation.

7. Regardless, even if he were entitled to an ongoing 10% revenue share (he is not), that would only amount to approximately $357,700 over the past 7 months. I have no idea how he is calculating the $8,150,480 figure he is seeking to freeze.

8. If the Court were to freeze up to $8,150,480, there would be no funds to pay the developers who build, maintain, update, operate, and otherwise contribute to *Anime Vanguards* on an ongoing basis. *Anime Vanguards* requires constant work to remain operational, including

fixing bugs, releasing updates and new content, maintaining the game's systems, and moderating and supporting the player community. Without access to operating funds, the game would need to be shut down.

9. I am particularly concerned because this application is not being pursued solely by Haque, a former contributor seeking compensation for his past work. Boss Studio, *Anime Vanguards*' principal competitor, claims to have acquired Haque's purported rights and causes of action and is now asking the Court both to freeze funds necessary to operate *Anime Vanguards* and to compel disclosure of highly sensitive information concerning the game's revenues, finances, and operations. In these circumstances, it appears that the purpose of the application is not merely to secure payment for Haque, which itself is improper, but to obtain competitive information and force *Anime Vanguards* to shut down. That would harm not only Acuña and me, but also the many developers and other individuals who depend on the game's revenues for their compensation.

10. Plaintiffs' motion challenges three changes to the game: (i) distributing "trait rerolls" to players through free codes; (ii) reworking the visual models for the "Vanguard"-tier units; and (iii) adding the "Memorias" system. Each of these changes was an ordinary game-design and business decision, made for legitimate reasons having nothing to do with this litigation, with moving money out of the country, or with selling the game. Distributing trait rerolls through codes is a common and routine practice on the Roblox platform. Many games, including competitors, regularly give players in-game currency through codes to drive engagement. The rework of the Vanguard-tier unit models is part of an ongoing effort to improve the game. That effort began while Haque was still working on the game, and it was not a reaction to this lawsuit. The Memorias system was introduced, together with a separate, alternative "memoria shards" currency, as a way to better and more sustainably monetize the game in light of the oversaturation of trait rerolls that had built up over the game's long life. The decision was a considered balancing and monetization decision. All of these changes reflect the normal, continuous work of running a live game and responding to competition and to the state of the

3

game's in-game economy. They were not made to "front-load" revenue or to move funds beyond the reach of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 29, 2026.

*Vladislav Popov*

_____

Vladislav Popov