**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BOSS STUDIO LLC, *a Wyoming LLC*; and REHAAB HAQUE, *an individual*,

Plaintiffs,

-against-

VLADISLAV POPOV, *an individual*; and ANDREI ACUÑA, *an individual*,

Defendants.

ORDER

26 Civ. 4323 (GBD)

For the reasons stated at the hearing, Plaintiffs' *Ex Parte* Motion for a Temporary Restraining Order, (ECF No. 25,) is DENIED. The Clerk of Court is directed to close the motion accordingly.

Dated: July 30, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge