UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOSS STUDIO LLC, a Wyoming LLC; and REHAAB HAQUE, an individual,<br><br>Plaintiffs,<br><br>-against-<br><br>VLADISLAV POPOV, an individual; and ANDREI ACUÑA, an individual,<br><br>Defendants. | Case No. 1:26-cv-04323-GBD<br><br>**DEFENDANT VLADISLAV POPOV'S NOTICE OF MOTION FOR SANCTIONS UNDER 28 U.S.C. § 1927 AND THE COURT'S INHERENT POWERS** |

PLEASE TAKE NOTICE that Defendant Vladislav Popov will move this Court, before the Honorable George B. Daniels, at a date and time to be determined by the Court, for an Order pursuant to 28 U.S.C. § 1927 and the Court's inherent powers, based on the accompanying Memorandum of Law, Declaration of Caren Decter, the record of Plaintiffs' *ex parte* application for a temporary restraining order ("TRO") and Popov's opposition thereto (ECF Nos. 25-30, 32, 37-38, 40), and the transcript of the July 30, 2026 hearing on Plaintiffs' application (ECF Nos. 41-42):

1. finding that Plaintiffs' *ex parte* TRO application was without color and pursued in bad faith to harass Popov and obtain improper competitive and litigation leverage;

2. awarding the reasonable attorneys' fees, costs, and expenses caused by the *ex parte* TRO application, the July 30 hearing, and this motion;

3. imposing the award jointly and severally against Boss Studio LLC, Joseph M. Levy, Harry B. Wilson, Markowitz Herbold PC (the "Markowitz Firm"), David M. Peraino, and Peraino Malinowski LLP (the "Peraino Firm"), under the Court's inherent powers and, as to Mr. Levy, Mr. Wilson, the Markowitz Firm, Mr. Peraino, and the Peraino Firm additionally under 28 U.S.C. § 1927; and

4.      granting such other and further relief as the Court deems just and proper.

Popov requests a determination that Popov is entitled to the foregoing relief followed by a supplemental submission of contemporaneous billing records and supporting materials on a schedule set by the Court.

DATED:    August 11, 2026                 **FRANKFURT KURNIT KLEIN + SELZ PC**
              New York, New York

By:*/s/ Caren Decter*
    Caren Decter
    Jeremy Goldman
    Peter A. Devlin
    Regina Gerhardt

28 Liberty Street
New York, New York 10005
(212) 980-0120
cdecter@fkks.com
jgoldman@fkks.com
pdevlin@fkks.com
rgerhardt@fkks.com

*Attorneys for Defendant Vladislav Popov*

2