**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

BOSS STUDIO LLC, *a Wyoming LLC*; and REHAAB HAQUE, *an individual*,

Plaintiffs,

-against-

VLADISLAV POPOV, *an individual*; and ANDREI ACUÑA, *an individual*,

Defendants.

------------------------------------ x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

26 Civ. 4323 (GBD) (JW)

GEORGE B. DANIELS, United States District Judge:

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute

**Motion for Sanctions**
**(ECF No. 43)**

_ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:______________________

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Dated: August 17, 2026

SO ORDERED.

GEORGE B. DANIELS
United States District Judge