**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOSS STUDIO LLC, a Wyoming LLC; and REHAAB HAQUE, an individual,<br><br>Plaintiffs,<br><br>-against-<br><br>VLADISLAV POPOV, an individual; and ANDREI ACUÑA, an individual,<br><br>Defendants. | Case No.: 1:26-cv-04323-GBD<br><br>**DECLARATION OF BRANDON HA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT POPOV'S MOTION FOR SANCTIONS** |

I, Brandon Ha, pursuant to U.S.C. § 1746 and under penalty of perjury, declare as follows:

1. I am the Founder and CEO of plaintiff Boss Studio LLC ("Boss Studio"). I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiffs' Opposition to Defendant Popov's Motion for Sanctions. I am over 18 years of age and competent to testify to the matters stated herein.

2. On April 2, 2026, Boss Studio executed an agreement with Rehaab Haque, granting Boss Studio "a continuing, irrevocable right to receive forty percent (40%) of any and all revenues, proceeds, or other consideration of any kind actually received by Assignor, directly or indirectly, from or in connection with the Roblox game currently known as *Anime Vanguards*." Accordingly, Boss Studio benefits from *Anime Vanguards*' strong performance, and does not want to see the Game's revenue negatively impacted.

3. In 2025, Boss Studio operated *Anime Last Stand*, a game similar to *Anime Vanguards*. When Boss Studio decided to wind down *Anime Last Stand*, it adopted a monetization strategy of increasing the amount of premium in-game currency that players could

obtain through gameplay and live events, making character and item progression easier to achieve without direct purchases. This monetization strategy substantially mirrors the monetization strategy Anime Vanguards has employed since early 2026.

4. Within a matter of weeks of implementing this strategy, player retention deteriorated sharply, and Anime Last Stand lost tens of thousands of active players despite the initial revenue surge.

5. *Anime Last Stand* now averages less than 1% of its peak concurrent players that it saw during 2025.

6. Boss Studio does not expect *Anime Last Stand* to be a source of substantial revenue, and has a much stronger interest in *Anime Vanguards*' success.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Busan, South Korea on 08 / 25 / 2026.

Brandon Ha



Doc ID: a929ca3100c8f92afa8e76dfea82581a21c42804