UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOSS STUDIO LLC, a Wyoming LLC; and REHAAB HAQUE, an individual,<br><br>Plaintiffs,<br><br>-against-<br><br>VLADISLAV POPOV, an individual; and ANDREI ACUÑA, an individual,<br><br>Defendants. | Case No. 1:26-cv-04323-GBD<br><br>**DEFENDANT VLADISLAV POPOV'S RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 7.1-1, defendant Vladislav Popov, by and through his attorneys, certifies that he is an individual domiciled in Sweden.

DATED: August 28, 2026
New York, New York

**FRANKFURT KURNIT KLEIN + SELZ PC**

By: */s/ Caren Decter*
Caren Decter
Jeremy Goldman
Peter A. Devlin
Regina Gerhardt

28 Liberty Street
New York, New York 10005
(212) 980-0120
cdecter@fkks.com
pdevlin@fkks.com
rgerhardt@fkks.com

2029 Century Park East, Suite 2500N
Los Angeles, California 90067
Telephone: (310) 579-9600
jgoldman@fkks.com

*Attorneys for Defendant Vladislav Popov*