UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOSS STUDIO LLC, a Wyoming LLC; and REHAAB HAQUE, an individual,<br><br>Plaintiffs,<br><br>-against-<br><br>VLADISLAV POPOV, an individual; and ANDREI ACUÑA, an individual,<br><br>Defendants. | Case No. 1:26-cv-04323-GBD<br><br>**DEFENDANT VLADISLAV POPOV'S NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated August 28, 2026, Defendant Vladislav Popov hereby moves this Court, before the Honorable George B. Daniels, United States District Judge, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, Courtroom 11A, New York, New York 10007, at a date and time to be determined by the Court, for an order (1) dismissing Plaintiffs' Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), and (2) awarding Defendant such other and further relief as the Court deems just and proper.

DATED: August 28, 2026
New York, New York

**FRANKFURT KURNIT KLEIN + SELZ PC**

By: */s/ Caren Decter*
Caren Decter
Jeremy Goldman
Peter A. Devlin
Regina Gerhardt

28 Liberty Street
New York, New York 10005
(212) 980-0120
cdecter@fkks.com
pdevlin@fkks.com
rgerhardt@fkks.com

2029 Century Park East, Suite 2500N
Los Angeles, California 90067
Telephone: (310) 579-9600
jgoldman@fkks.com

*Attorneys for Defendant Vladislav Popov*