Frankfurt Kurnit Klein + Selz PC

**Caren Decter**
28 Liberty Street, New York, New York 10005
T (212) 705-4833 F (347) 438-2133
cdecter@fkks.com

August 28, 2026

**<u>VIA ECF</u>**

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11A
New York, New York 10007

RE: *Boss Studio LLC and Rehaab Haque v. Vladislav Popov and Andrei Acuña*, Case No. 1:26-cv-04323-GBD / Request for Oral Argument

Dear Judge Daniels:

We represent Vladislav Popov ("Popov"), defendant in the above-captioned matter. Pursuant to Your Honor's Individual Practices Sections II.A and IV.D, we write to respectfully request oral argument in connection with Popov's motion to dismiss the first amended complaint pursuant to Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

Caren Decter

cc: All counsel of record (via ECF)