Frankfurt Kurnit Klein + Selz PC

**Caren Decter**
28 Liberty Street, New York, New York 10005
T (212) 705-4833 F (347) 438-2133
cdecter@fkks.com

September 3, 2026

**VIA ECF**

Hon. Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Courtroom 228
New York, New York 10007

RE: *Boss Studio LLC and Rehaab Haque v. Vladislav Popov and Andrei Acuña*, Case No. 1:26-cv-04323-GBD-JW / Request for Oral Argument

Dear Judge Willis:

We represent Vladislav Popov ("Popov"), defendant in the above-captioned matter. Pursuant to Your Honor's Individual Practices Section II.C, we write to request oral argument in connection with Popov's motion for sanctions (ECF No. 43). To the extent the Court is inclined to hear oral argument, Popov intends to give a junior attorney responsibility for the argument pursuant to Your Honor's Individual Practices.

Respectfully submitted,

Caren Decter

cc: All counsel of record (via ECF)