**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BOSS STUDIO LLC, *a Wyoming LLC*; and REHAAB HAQUE, *an individual*,

Plaintiffs,

-against-

VLADISLAV POPOV, *an individual*; and ANDREI ACUÑA, *an individual*,

Defendants.

ORDER

26 Civ. 4323 (GBD)

Oral argument on Defendant Popov's motion to dismiss, (ECF No. 51,) is hereby scheduled for November 10, 2026, at 10:30 a.m.

Dated: September 21, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge