**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BOSS STUDIO LLC, *a Wyoming LLC*; and REHAAB HAQUE, *an individual*,

Plaintiffs,

-against-

VLADISLAV POPOV, *an individual*; and ANDREI ACUÑA, *an individual*,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

26 Civ. 4323 (GBD)

Oral argument on Defendant Popov's motion to dismiss, (ECF No. 51,) is hereby rescheduled for November 19, 2026, at 9:45 a.m.

Dated: November 18, 2026
New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge